**Electronically Filed
Supreme Court
30001
29-OCT-2010
10:35 AM**

NO. 30001

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent-Plaintiff-Appellee,

vs.

RICKY MOORE, Petitioner-Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 08-1-1252)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner-Defendant-Appellant's application for writ of certiorari filed on September 21, 2010, is hereby rejected.

DATED:  Honolulu, Hawai'i, October 29, 2010.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



Jeffrey A. Hawk of
Hawk Sing Ignacio & Waters
for petitioner-defendant-
appellant on the application

---

[1] Considered by:  Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Pollack, assigned by reason of vacancy.